SECRET

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1: 25-cr-00039-JAW |
| TODD WHITMAN | |

2025 MAR 13 P 3: 05

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Possession of Firearm by Prohibited Person—Felon)

On about November 20, 2024, in the District of Maine, the defendant,

**TODD WHITMAN,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

- Burglary (December 12, 2005), Docket No. BANSC-CR-2006-00551, in Penobscot County Superior Court, judgment having entered on November 6, 2006;

- Burglary (September 27, 2017), Docket No. PENCD-CR-2017-04296, in Penobscot County Superior Court, judgment having entered on November 26, 2018;

- Burglary (September 19, 2017), Docket No. PENCD-CR-2017-04633, in Penobscot County Superior Court, judgment having entered on November 26, 2018; and

- Burglary (September 16, 2017), Docket No. WALCD-CR-2018-00183, in Waldo County Superior Court, judgment having entered on November 26, 2018;

knowingly possessed firearms, specifically, (1) a CZ, CZ52, 7.62 caliber pistol bearing serial number LB8210 and (2) a Heritage, Rough Rider, .22 caliber revolver bearing serial number P34622. Both the firearms were in and affecting interstate commerce.

The Grand Jury further alleges that, before the defendant committed the offense charged in this count, the defendant had at least three previous convictions qualifying under 18 U.S.C. § 924(e)(2) for offenses that were committed on occasions different from one another.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e) set forth in Count One of this Indictment, the defendant,

**TODD WHITMAN**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United states Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes but is not limited to: (1) a CZ, CZ52, 7.62 caliber pistol bearing serial number LB8210; (2) a Heritage, Rough Rider, .22 caliber revolver bearing serial number P34622; and (3) .22 caliber ammunition.

2. If any of the property described in Paragraph 1 as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section

2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

Date: 3|13|2025

_Raphaelle Silver_
Assistant United States Attorney