

# BANGOR POLICE DEPARTMENT
## SUPPLEMENTAL NARRATIVE

**Incident:** 24-087797

**Victim:** Timothy Whitman  Redacted  Eddington ME  **DOB:** Redacted

**Suspect:** Todd Whitman  ▓▓▓▓ Hermon ME  **DOB:** ▓▓▓▓

**Witness:** Bobbi Jo Ireland  **DOB:** Redacted

**Type:** Elevated Aggravated Assault

**Location:** 123 Franklin Street Bangor ME

**Date:** 11/20/24

On 11/20/2024 at approximately 2100 hours I was advised of an assault involving a firearm on Franklin Street. I responded to Franklin Street and upon my arrival I noted a male lying on the ground with a female next to him. I ran up to both individuals and assisted in providing medical attention to the male, who was later identified by other officers as Timothy Whitman (DOB Redacted) I noted that Timothy had a small round hole on the left side of his abdomen. I noted that the clotting agent that Officer Orso was using was changing color to a red/brown stain (RBS) as she applied it to the wound. EMS personal arrived and transported Timothy to Eastern Maine Medical Center.

Officer Urso and Officer Beswick started taping off the area where the incident occurred. I asked the female, who I identified as Bobbi Jo Ireland (DOB Redacted), if she was ok speaking to me about what had happened. Ireland was talking quickly and loudly and was shaking slightly when I initially spoke with her. Ireland was able to slow herself down as we talked and appeared calmer in here speech.

Ireland advised that Timothy and his brother, Todd Whitman (DOB ▓▓▓▓) had been hanging out that afternoon. Ireland said that she knew by Timothy's text messages that Timothy and Todd had been together from at least 4PM. Ireland advised that when she met up with them it was clear that both Timothy and Todd had been drinking heavily.

Ireland advised that both Todd and her car were both parked on Franklin Street. Ireland advised that Todd had decided to leave and an argument started between Todd, Timothy, and her because Timothy and Ireland did not want Todd driving while he was very intoxicated.

Ireland advised that, at some point during the argument, Todd pulled out a gun. Ireland advised that he was holding it over his head and pointing it down towards her, while continuing to yell at Timothy and her. Ireland advised that she heard a click which she believed was the gun being used, however, it did not go off.



GOVERNMENT EXHIBIT 1

I asked Ireland where the gun was pointed when this happened. Ireland advised that it was pointed towards Timothy and her, but because they were standing close to each other she wasn't sure which one of them the firearm was pointed at. Ireland demonstrated how close she was standing to Timothy by standing closer to me and I noted that the distance she was describing appeared to be approximately one foot.

Ireland advised that once she heard this sound from the gun she believed the gun was not loaded and grabbed the gun, trying to push it away from her so that it was not pointed at anyone.

Ireland advised that Todd became even more angry and started yelling "I am going to stomp you into the ground". Ireland advised that Timothy did not take Todd yelling at Ireland well and started yelling at Todd that he wasn't going to hurt Ireland.

Ireland advised that Todd then pointed the gun at Timothy and it went off. Ireland advised that Timothy fell to the ground and was screaming. Ireland advised that Todd then stood over Timothy and pointed the gun at Timothy. Ireland advised that she was screaming at Todd that he had shot Timothy and to leave. Ireland advised that Todd then left the area by Timothy and she saw the blood coming out of his side and called 911. I noted that Ireland's hands were covered in RBS and that upon my arrival she had been pressing on the area of Timothy's wound.

I asked Ireland if she could describe the gun that Todd had used. Ireland advised that she believed it was a revolver because it had "one of those cylinder things on it".

I asked Ireland if Todd had pulled the trigger again while he was standing over Timothy. Ireland advised she did not think so and that she didn't hear any noise like the "click" during that time.

I asked Ireland if she knew if Todd had any other firearms. Ireland advised that he wasn't supposed to have any guns but that she knew he had a few to three of them. I took this to mean 2-3 handguns.

Ireland advised that her phone number is 207- Redacted which I verified is her cell phone number listed in our local system. While I was speaking to Ireland she received a call from someone who Ireland later Ireland advised was Timothy and Todd's mother. I gave Ireland a ride to Eastern Maine Medical Center where Timothy was receiving treatment for a gunshot wound.

I, assisted by other officers, checked the surrounding area with negative results for Todd. At around 2303 hours I heard Officer Bartlett on the radio advising that he was in a motor vehicle chase with Todd in a black BMW SUV in the area of the Kelley Road in Hermon.

I responded to the area until the chase was discontinued. I then monitored traffic in the area of Broadway until I was advised that the BMW had been located in a Cemetery on the Kelley Road by Ohio Street.

I responded to this area and stood by maintaining a perimeter until Bangor Special Response Team arrived and cleared the vehicle.

No further action taken.

Benjamin I. Kolko

Officer, Bangor Police Department

Patrolman :
BGPD # 766
Date: 11/21/20224

Rev.___

2