

# BANGOR POLICE DEPARTMENT
## SUPPLEMENTAL NARRATIVE

**Incident:** 24-087797

**Victim:** Timothy Whitman ████████ Redacted ████████

**Suspect:** Todd Whitman ████████ Hermon ME  **DOB:** ████████

**Witness:** ████████ Redacted ████████

**Witness:** ████████ Redacted ████████

**Witness:** ████████ ME

**Witness:** ████████ ME

**Witness:** Bobbi Jo Ireland ████████ Eddington ME

**Witness:** ████████ Redacted ████████

**Witness:** ████████

**Witness:** ████████

**Type:** Elevated Aggravated Assault

**Location:** 123 Franklin Street Bangor ME

**Item:** ITEM # Items 31,32,33,34,35,36,39

**Date:** 11/20/24

---

### Received Phone Calls Narrative

Item 35 Phone call with ████████ 11/20/24 starting at 2239hrs

On 11/20/24 at 2239hrs, I received a phone call at the Bangor Police Department from a female who provided a verbal Identification on the phone as ████████ DOB ████████ advised she lives in ████ Maine and concerned for the safety of herself and for her children as she just heard from other family members that Todd Whitman had just shot his brother Timothy Whitman and Todd's location was currently unknown.

GOVERNMENT EXHIBIT 9

████████advised she is an ex-girlfriend of Todd and is currently pregnant with his twins. ████████ advised Todd was aggressive and abusive in their relationship and had made threats on her life multiple times which lead to the end of their relationship and her to file protection orders against him.

████████ stated she received a phone call from her daughter, ████████████, about the shooting and ████████was tasked with getting everyone out of ████████████in Hermon as they did not know if Todd would be returning home and assumed him to be in possession of a firearm. ████████ stated ████████was with Deborah Whitman (Timothy and Todd's mother) at ████████████in Hermon with some other members of Todd's family. ████████ stated that ████████s father is Todd and ████████wanted to spend time at her grandmother's house.

████████ stated she does not have the full story of what happened but was told that Todd might have possibly crashed his vehicle and he shot his brother Timothy in the stomach. ████████ was also concerned as Todd is not suppose to be allowed to own/possess a firearm as he is a "convicted felon". ████████did not have any information about what kind of firearm Todd would be in possession of.

████████ did not have any information about any vehicles Todd would be driving as last she knew he did not have a vehicle. ████████stated if Todd makes it back to ████████████he would have access to several vehicles on their property and mentioned Todd having access to an older mustang that belongs to Deborah Whitman.

████████ advised Todd lives at ████████████in Hermon and has been staying in a shed on the property. She advised Todd would either be in the house or in the shed or at his father's grave site (did not know location).

████████ stated ████████was at ████████████with Deborah Whitman, Zachary, Liam, and "Z" who is Zachary's girlfriend. ████████stated Zachary and Liam are Todd's sons.

████████ stated she was told by ████████ that Deborah Whitman got a phone call while they were all together from Timothy and Timothy's wife (confirmed as Bobbi-Jo). ████████learned that Bobbi-Jo had gone to Bangor to pick up Todd and Timothy as they had been drinking and needed a ride home. Todd got mad because he was told he was not allowed to drive his own car home and "that's when he shot Timothy in the stomach".

████████stated that she was told that Todd became angry, went to his car, got a firearm, shot Timothy, and then left the area with the firearm.

████████ again stated she was concerned for the safety of herself and her children as Todd has a history of threatening her and has violated protection orders in the past. ████████ feels that Todd does not want her to have his children and is worried that due to Todd's intoxication level and history of bad decision making that he would come to ████████with a firearm.