## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TODD WHITMAN | Criminal No. 1:25-cr-00039-JAW |

## PROSECUTION VERSION

On about November 20, 2024, in the District of Maine, the Defendant **TODD WHITMAN**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

- Burglary (December 12, 2005), Docket No. BANSC-CR-2006-00551, in Penobscot County Superior Court, judgment having entered on November 6, 2006;

- Burglary (September 27, 2017), Docket No. PENCD-CR-2017-04296, in Penobscot County Superior Court, judgment having entered on November 26, 2018;

- Burglary (September 19, 2017), Docket No. PENCD-CR-2017-04633, in Penobscot County Superior Court, judgment having entered on November 26, 2018; and

- Burglary (September 16, 2017), Docket No. WALCD-CR-2018-00183, in Waldo County Superior Court, judgment having entered on November 26, 2018;

knowingly possessed firearms, specifically, **(**1) a CZ, CZ52, 7.62 caliber pistol bearing serial number LB8210 and (2) a Heritage, Rough Rider, .22 caliber revolver bearing serial number P34622. Both the firearms were in and affecting interstate commerce.

Before the Defendant committed this offense, he had at least three previous convictions qualifying under 18 U.S.C. § 924(e)(2) for offenses that were committed on occasions different from one another.

Specifically, on November 20, 2024, the Bangor Police Department ("BPD") was called to 123 Franklin Street, near Benjamin's bar, in response to a report of an assault with a firearm. A witness stated that she saw the Defendant with a firearm and that the Defendant had fired the firearm twice.

In a parking spot across from Benjamin's, law enforcement observed a black Ford 500 that came back registered to the Defendant. An officer peered into the vehicle and saw a revolver on the passenger seat next to a holster. The vehicle was subsequently towed to the BPD in anticipation of a state search warrant.

On November 21, 2024, the Defendant was arrested by law enforcement. While in custody, he was read his *Miranda* rights. The Defendant verbally acknowledged understanding each section of the warnings and agreed to answer questions at the conclusion. The Defendant admitted that he possessed two firearms (a .22 revolver and a "a Czechoslovakian pistol") even though he was aware he was not allowed to possess firearms. He said that the Czech handgun did not fire because the operating pin was broken. The Defendant advised the .22 caliber was usually loaded with ammunition and that he kept it in a holster in the center console of his vehicle. He acknowledged that the Ford 500 described above was his vehicle. When asked whether there was a good chance that both firearms were inside his vehicle, the Defendant responded, "they're definitely in my vehicle[,] a hundred percent," and "always in my car, yeah."

A state search warrant for the Defendant's Ford 500 was executed on November 27, 2024. Inside the car, law enforcement found, among other things, a (1) CZ, CZ52, 7.62 caliber pistol bearing serial number LB8210, a (2) Heritage, Rough Rider, .22 caliber revolver bearing serial number P34622, and (3) .22 caliber ammunition.  Law

enforcement also recovered evidence, including a driver's license, indicating that the owner of the car was the Defendant.

The firearms in question were analyzed by ATF Special Agent Justin Blais. He confirmed that they were firearms and had been manufactured outside the state of Maine.

If this matter had proceeded to trial, the government would have presented the following evidence and witnesses:

- Testimony of the witness who saw the Defendant holding a firearm;
- Testimony of investigators who interviewed the Defendant and the video recording of the interview;
- Testimony of investigators who recovered the (1) CZ, CZ52, 7.62 caliber pistol bearing serial number LB8210, (2) Heritage, Rough Rider, .22 caliber revolver bearing serial number P34622, and (3) .22 caliber ammunition, from the Defendant's vehicle;
- Certified copies of Defendant's multiple felony convictions; and
- Testimony of ATF interstate nexus expert.

Dated at Bangor, Maine this 18th day of December, 2025.

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

**/s/ ANDREW MCCORMACK**
Assistant United States Attorney

**/s/ ANDREW K. LIZOTTE**
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I electronically filed the Government's Prosecution Version with the Clerk of Court using the CM/ECF system that will send notifications of such filing to the following:

Donald Brown, Esq.

                                          **ANDREW B. BENSON**
                                          United States Attorney

                                          **/s/ Andrew McCormack**
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          202 Harlow Street, Room 111
                                          Bangor, ME  04401